United States District Court

Northern District of California

PAUL SAMUEL JOHNSON,

       Plaintiff,

  v.

THE CITY OF SANTA ROSA, et al.,

       Defendants.

Case No.: C 12-1409 CW (PR)

JUDGMENT

In accordance with the Court's Order of Dismissal, a judgment of dismissal without prejudice is entered. Plaintiff shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 12/27/2012

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE